IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Ramona Roman-Rabassa<br>aka Ramona Rabassa<br>aka Ramona Roman<br>aka Romana R. Roman<br>aka Ramona R. Rabassa<br>aka Ramona Roman Rabassa | CASE NO.:  5:22-bk-00458-MJC |
| **Debtor** | |
| Freedom Mortgage Corporation, | |
| **Movant** | |
| vs. | |
| Ramona Roman-Rabassa<br>aka Ramona Rabassa<br>aka Ramona Roman<br>aka Romana R. Roman<br>aka Ramona R. Rabassa<br>aka Ramona Roman Rabassa and<br>Pedro Rabassa, Jr. (Non-Filing Co-Debtor) | |
| **Respondents** | |

## ANSWER TO MOTION FOR RELIEF ON BEHALF OF DEBTOR

AND NOW comes the Debtor, Ramona Roman-Rabassa, by and through her attorneys, and answers the Motion for Relief from Automatic Stay by Freedom Mortgage Corporation, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
5. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
6. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
7. Denied. After reasonable investigation, Debtor is without information to respond to this averment.

8. Admitted.
9. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
10. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
11. Denied. After reasonable investigation, Debtor is without information to respond to this averment.
12. Denied. Legal conclusion to which no response is required.
13. Denied. Legal conclusion to which no response is required.
14. Denied. Legal conclusion to which no response is required.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Freedom Mortgage Corporation for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: October 2, 2025