**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)**

| | |
|---|---|
| IN RE:<br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA<br>   Debtor | Case No. 5:22-bk-00458-MJC |
| Freedom Mortgage Corporation,<br>   Movant | Chapter 13 |
| vs.<br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA<br>   And<br>PEDRO RABASSA, JR, (NON-FILING CO-DEBTOR)<br>   Respondents | 11 U.S.C. §362 and §1301 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

     This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

     The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

     Reason for the continuance.
     Working on MFR resolution

     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 6, 2025

                                                                       Applicant's Signature

                                                */s/Mario Hanyon*
                                                Andrew Spivack, PA Bar No. 84439
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Srnik, PA Bar No. 334854
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor

BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Rev. Sept 1, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA | Case No. 5:22-bk-00458-MJC |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA,<br>    Debtor<br>    And<br>PEDRO RABASSA, JR<br>    Co-Debtor | Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Request to Continue MFR hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Robert J Kidwell, III, Debtor's Attorney
712 Monroe Street
Stroudsburg, PA 18360
rkidwell@newmanwilliams.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Rev. Sept 1, 2014

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

RAMONA ROMAN-RABASSA
5115 WOODBRIDGE DRIVE E.
BUSHKILL, PA 18324


PEDRO RABASSA, JR
5115 WOODBRIDGE DRIVE E.
BUSHKILL, PA 18324


Date: <u>October 6, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Case 5:22-bk-00458-MJC    Doc 82    Filed 10/06/25    Entered 10/06/25 20:29:37    Desc
Main Document      Page 4 of 4