IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Ramona Roman-Rabassa<br>aka Ramona Rabassa<br>aka Ramona Roman<br>aka Romana R. Roman<br>aka Ramona R. Rabassa<br>aka Ramona Roman Rabassa | CASE NO.: 5:22-bk-00458-MJC |
| **Debtor** | |
| Freedom Mortgage Corporation, | |
| **Movant** | |
| vs. | |
| Ramona Roman-Rabassa<br>aka Ramona Rabassa<br>aka Ramona Roman<br>aka Romana R. Roman<br>aka Ramona R. Rabassa<br>aka Ramona Roman Rabassa and<br>Pedro Rabassa, Jr. (Non-Filing Co-Debtor) | |
| **Respondents** | |

## PRAECIPE TO WITHDRAW ANSWER TO
## MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE CLERK:

    Kindly withdraw the Answer to Motion for Relief from Automatic Stay, Docket #81, filed on October 2, 2025. Mario Hanyon, Attorney for Freedom Mortgage Corporation, concurs with this withdrawal.

    Respectfully Submitted,

    **NEWMAN WILLIAMS, P.C.**

    By: /s/ Robert J. Kidwell

Robert J. Kidwell, Esquire  
Attorneys for Debtor  
712 Monroe Street  
Stroudsburg, PA 18360  
(570) 421-9090; fax (570) 424-9739  
rkidwell@newmanwilliams.com