United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00458-MJC |
| Ramona Roman-Rabassa | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 29, 2026 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | PEDRO RABASSA JR, 5115 WOODBRIDGE DRIVE E, BUSHKILL, PA 18324-7048 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: accounting@sawcreek.org | Jan 29 2026 18:45:00 | Saw Creek Estates Comm Assoc, 5728 Decker Road, Bushkill, PA 18324-6627 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| David J. Harris | on behalf of Creditor Metropolitan Edison Company dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Ramona Roman-Rabassa rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Ramona Roman-Rabassa lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA<br>    Debtor | Case No. 5:22-bk-00458-MJC |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>RAMONA ROMAN-RABASSA AKA RAMONA RABASSA AKA RAMONA ROMAN AKA ROMANA R. ROMAN AKA RAMONA R. RABASSA AKA RAMONA ROMAN RABASSA<br>    And<br>PEDRO RABASSA, JR, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY WITH RESPECT TO 1551 Woodbridge Drive East, Bushkill, Pennsylvania 18324.**

Upon consideration of Motion for Relief from Automatic Stay, Freedom Mortgage Corporation (Movant), the Answer of the Debtor having been withdrawn, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is GRANTED with respect to, 1551 Woodbridge Drive East, Bushkill, Pennsylvania 18324 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(4) is not applicable and Freedom Mortgage Corporation may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 28, 2026

# Notice Recipients

District/Off: 0314−5  User: AutoDocketer  Date Created: 1/29/2026
Case: 5:22−bk−00458−MJC  Form ID: pdf010  Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Mario J. Hanyon    wbecf@brockandscott.com
aty    Vincent Rubino    VRubino@newmanwilliams.com

TOTAL: 2